1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   LISA BARNETT SWEEN, SB# 191155
2     Email: Lisa.Sween@lewisbrisbois.com
   STEPHANIE T. YANG, SB# 280006
3     E-Mail: Stephanie.Yang@lewisbrisbois.com
   333 Bush Street, Suite 1100
4  San Francisco, California 94104-2872
   Telephone: 415.362.2580
5  Facsimile:  415.434.0882

6  Attorneys for Defendants
   ABM ONSITE SERVICES WEST, INC., and ABM INDUSTRIES INCORPORATED
7  (erroneously sued as American Building Maintenance, ABM Janitorial Services, and
   ABM Industries)
8

9                   UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11

| 12 | ROSEMARIE RAINEY CALONSAG, | CASE NO. C 14-01333 JSC |
|---|---|---|
| 13 | Plaintiff, | **NOTICE OF STIPULATED DISMISSAL WITH ORDER** |
| 14 | vs. | |
| 15 | AMERICAN BUILDING MAINTENANCE; ABM JANITORIAL SERVICES aka ABM INDUSTRIES; EMPLOYERS EDGE aka EMPLOYER EDGE, INC. aka EMPLOYERS EDGE, NORTHERN CALIFORNIA, INC. et al.; DOES 1 to 100, | |
| 18 | Defendants. | |

20     TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF

21  RECORD:

22     Plaintiff ROSEMARIE RAINEY CALONSAG ("Plaintiff"), Defendant ABM ONSITE

23  SERVICES WEST, INC., and Defendant ABM INDUSTRIES INCORPORATED (erroneously

24  sued as American Building Maintenance, ABM Janitorial Services, and ABM Industries)

25  (collectively "Defendants") have completed the necessary conditions of their settlement

26  agreement.  Accordingly, it is HEREBY STIPULATED through counsel that the above-captioned

27  action be dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

28  Each party has agreed to bear its own attorneys' fees and costs.

4838-8866-1535.1                    1                    C 14-01333 JSC
                     STIPULATED DISMISSAL WITH ORDER

1  IT IS SO STIPULATED.

2  DATED: October 2, 2014                HASSAN LAW FIRM

3

4
                                         By:      */s/ Rey Hassan*
5                                                Rey Hassan
                                                 Attorneys for Plaintiff ROSEMARIE RAINEY
6                                                CALONSAG

7
   DATED: October 2, 2014                LEWIS BRISBOIS BISGAARD & SMITH LLP
8

9

10                                       By:      */s/ Stephanie T. Yang*
                                                 Lisa Barnett Sween
11                                               Stephanie T. Yang
                                                 Attorneys for Defendants
12                                               ABM ONSITE SERVICES WEST, INC., and
                                                 ABM INDUSTRIES INCORPORATED
13                                               (erroneously sued as American Building
                                                 Maintenance, ABM Janitorial Services, and
14                                               ABM Industries)

15

16  IT IS SO ORDERED.

17  DATED:  October 3, 2014

18                                                _____
                                                  THE HONORABLE JACQUELINE SCOTT CORLEY
19                                                JUDGE OF THE UNITED STATES DISTRICT COURT

20

33810.03

**FEDERAL COURT PROOF OF SERVICE**
*Calonsag v. American Building Maintenance, et al.*
**USDC – Northern District – San Francisco Division Case No. C 14-01333 JSC**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

At the time of service, I was over 18 years of age and not a party to the action.  My business address is 333 Bush Street, Suite 1100, San Francisco, CA 94104-2872.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 2, 2014, I served the following document(s):

**STIPULATED DISMISSAL WITH ORDER**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Rey Hassan, Esq.
Hassan Law Firm
1801 Bush Street, Suite 213
San Francisco, CA  94109
Telephone:  (415) 775-9700
Facsimile:  (415) 775-2507
E-Mail:  reylaw@earthlink.net

*Counsel for Plaintiff*

The document was served by the following means:

☒   (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Dated: October 2, 2014              */s/ Jessica E. Libbey*
                                    Jessica E. Libbey

4838-8866-1535.1                                                              C 14-01333 JSC

PROOF OF SERVICE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW